**Order entered October 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00674-CR

**DAVID SCOTT KILGORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80638-2019**

## ORDER

Before the Court is court reporter Antoinette Varela's third request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **by 5:00 p.m. on December 2, 2019.** Should Ms. Varela fail to file the reporter's record by that date, the Court may order she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Antoinette Varela; official court reporter, 366th Judicial District Court; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE